# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:09CR43 |
| vs. | ) | |
| | ) | ORDER |
| **GERARDINO MORENO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion to continue trial (Doc. 24). The motion does not comply with NECrimR 12.1(a) and paragraph 9 of the Progression Order (Doc. 13) in that the motion is not accompanied by the defendant's affidavit or declaration stating that defendant:

(1) Has been advised by counsel of the reasons for seeking a continuance;
(2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.; and
(3) With this understanding and knowledge, agrees to the filing of the motion.

For these reasons,

**IT IS ORDERED** that the motion is held in abeyance until April 10, 2009. If the deficiency noted above is not cured by **April 10, 2009**, the motion may be denied.

**DATED April 3, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**