# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR43 |
| vs. | ) | |
| | ) | ORDER |
| **GERARDINO MORENO,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's amended motion to continue trial (Doc. 27). The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion is granted, as follows:

1. The jury trial now set for April 21, 2009 is continued to **June 23, 2009.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **April 21, 2009 and June 23, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to counsel's scheduling conflicts and because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED April 13, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**