UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR43 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| GERARDINO MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 57). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On October 13, 2009, the Court entered a Preliminary Order of Forfeiture under Title 21, U.S.C. § 853 and 18 U.S.C. § 1028(b)(5), based upon the Defendant's plea of guilty to Counts II and III of the Superseding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $14,452.00 in United States currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on October 16, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on December 17, 2009 (Filing No. 56).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 57) is hereby sustained.

  B.  All right, title and interest in and to the $14,452.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

  C.  The $14,452.00 in United States currency, be, and the same hereby is, forfeited to the United States of America .

  D.  The United States Immigration and Customs Enforcement is directed to dispose of said property in accordance with law.

  DATED this 18th day of December, 2009.

           **BY THE COURT:**

           S/ Laurie Smith Camp
           **United States District Judge**